UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
JOSEPH BELLINO,

              Plaintiff,

   -against-

HOME DEPOT U.S.A., INC. d/b/a HOME DEPOT,

              Defendant.

------------------------------------X

Civil Action No.: 08-CV-

**RULE 7.1 DISCLOSURE**

08 CV 4971

RECEIVED MAY 29 2008 U.S.D.C. S.D.N.Y. CASHIERS

JUDGE McMAHON

    Pursuant to Rule 7.1 of the Rules of Civil Procedure, defendant, HOME DEPOT U.S.A., INC. d/b/a HOME DEPOT, by its attorneys, Simmons, Jannace & Stagg, L.L.P., submits the following identification of any parent corporation and any publicly held corporation that owns 10% or more of its stock:

    The Home Depot, Inc.

Dated:   Syosset, New York
          May 27, 2008

                     Yours, etc.,

                     SIMMONS, JANNACE & STAGG, L.L.P.

                     By _____
                     ALLISON C. LEIBOWITZ (al 1316)
                     Attorneys for Defendant/Petitioner
                     HOME DEPOT U.S.A., INC. d/b/a
                     HOME DEPOT
                     **Office & P.O. Address:**
                     75 Jackson Avenue
                     Syosset, New York  11791-3139
                     (516) 357-8100

TO: SULLIVAN, PAPAIN, BLOCK, MCGRATH
&amp; CANNAVO, P.C.
Attorneys for Plaintiff
JOSEPH BELLINO
**Office &amp; P.O. Address:**
55 Mineola Boulevard
Mineola, New York 11501
(516) 742-0707

Rule 7.1 Disclosure