**CERTIFICATE OF SERVICE**

Re:  JOSEPH BELLINO v. HOME DEPOT U.S.A., INC. d/b/a HOME DEPOT
     McMahon, J.
     Francis, M.J.
     Civil Action No.: 08 Civ. 4971 (CM)(JCF)

STATE OF NEW YORK    )
                     ss.:
COUNTY OF NASSAU     )

    I, Janet L. Corsie, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this **DEFENDANT HOME DEPOT U.S.A., INC. d/b/a HOME DEPOT'S RULE 7.1 DISCLOSURE** was made June 3, 2008 by:

X   Mail service: Regular first class United States mail, postage fully pre-paid, addressed to:

Under penalty of perjury, I declare that the foregoing is true and correct.

    SULLIVAN, PAPAIN, BLOCK, MCGRATH
    & CANNAVO, P.C.
    Attorneys for Plaintiff
    JOSEPH BELLINO
    **Office & P.O. Address:**
    55 Mineola Boulevard
    Mineola, New York 11501
    (516) 742-0707

                                            /s/ Janet L. Corsie
                                                  Janet L. Corsie

Sworn to before me on this
3rd day of June, 2008.

/s/ Jaclyn Maria Misita
Notary Public, State of New York
No. 01MI6149006
Qualified in Nassau County
Commission Expires July 3, 2010

SIMMONS, JANNACE & STAGG, L.L.P.
75 Jackson Avenue
Syosset, New York 11791-3139
(516) 357-8100