**CERTIFICATE OF SERVICE**

Re:   JOSEPH BELLINO v. HOME DEPOT U.S.A., INC. d/b/a HOME DEPOT
      McMahon, J.
      Francis, M.J.
      Civil Action No.: 08 Civ. 4971 (CM)(JCF)

STATE OF NEW YORK    )
                     ss.:
COUNTY OF NASSAU     )

   I, Janet L. Corsie, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this **DEFENDANT HOME DEPOT U.S.A., INC. d/b/a HOME DEPOT'S ANSWER** was made June 3, 2008 by:

X   Mail service: Regular first class United States mail, postage fully pre-paid, addressed to:

Under penalty of perjury, I declare that the foregoing is true and correct.

   SULLIVAN, PAPAIN, BLOCK, MCGRATH
   & CANNAVO, P.C.
   Attorneys for Plaintiff
   JOSEPH BELLINO
   **Office & P.O. Address:**
   55 Mineola Boulevard
   Mineola, New York 11501
   (516) 742-0707

                                          /s/ Janet L. Corsie
                                              Janet L. Corsie

Sworn to before me on this
3rd day of June, 2008.

/s/ Margaret M. Rose
Notary Public, State of New York
No. 01RO6169875
Qualified in Nassau County
Commission Expires July 2, 2011

SIMMONS, JANNACE & STAGG, L.L.P.
75 Jackson Avenue
Syosset, New York 11791-3139
(516) 357-8100