UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
JOSEPH BELLINO

                       Plaintiff(s),  Civil Action Number
                                     08 CV 4971
     -against-

                                        **Demand for Jury Trial**

HOME DEPOT USA INC. d/b/a HOME DEPOT,

                       Defendant(s)
------------------------------------------X

SIRS:

PLEASE TAKE NOTICE, that plaintiff hereby demands a trial by jury of the above matter.

Dated:    Mineola, New York
           August 06, 2008

                                            Yours, etc.,

                                            SULLIVAN PAPAIN BLOCK
                                            McGRATH & CANNAVO P.C.
                                            By: _____
                                               Jeffrey B. Bromfeld
                                            Attorneys for Plaintiff(s)
                                            55 Mineola Boulevard
                                            Mineola, New York 11501
                                            (516) 742-0707

TO:  ALLISON C. LIEBOWITZ
     Simmons, Jannace & Stagg, LLP.
     75 Jackson Avenue
     Syosset, New York 11791-3139
     516-357-8100

AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                    ) SS.:
COUNTY OF NASSAU    )

Jeffrey B. Bromfeld, being duly sworn, deposes and says:

I am not a party to this action. I am over 18 years of age. I have a business residence at 55 Mineola Boulevard, Mineola, New York 11501.

On the 7TH day of August, 2008, I served the within JURY DEMAND

upon the following attorney(s) for the parties in this action, at the address designated by said attorney(s) for that purpose, by depositing a true copy of same enclosed in a postpaid, properly addressed wrapper in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York:

SIMMONS, JANNACE & STAGG, LLP.
75 Jackson Avenue
Syosset, New York 11791-3139

_____
Jeffrey B. Bromfeld

Sworn to before me this
7th day of August 2008

_____
Notary Public

LAURA M. SCHAEFER
Notary Public, State Of New York
No. 0C6056009
Qualified in New York County
Commission Expires Mar. 12, 2011